JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **VERNON T. FREDERICK,** | ) | NO. EDCV 19-0384-GW (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| **T. FOSS, Warden,** | ) | |
| Respondent. | ) | |

   Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 7, 2021

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE